# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HELEN GREEN,<br><br>        Plaintiffs,<br><br>vs.<br><br>TEAMSTERS LOCAL 995, TEAMSTERS JOINT COUNCIL 42, AND INTERNATIONAL BROTHERHOOD OF TEAMSTERS, MIKE MAGNINI AND BILL BURGOS,<br><br>        Defendants. | 2:09-CV-02184-PMP-RJJ<br><br>**ORDER** |

      Before the Court for consideration are the Motions of Defendants Michael Magnini and William Burgos to Dismiss Plaintiff's Second Amended Complaint, or in the Alternative for a More Definite Statement (Doc.'s #43, #44), filed on July 20, 2010. Plaintiff filed a consolidated Opposition to Defendants' Motions (Doc. #51) filed August 20, 2010, and Defendants filed Reply Memoranda's (Doc.'s #52, #53) filed August 28, 2010.

      Defendants Magnini and Burgos argue that after three successive attempts to do so, Plaintiff still failed to sufficiently plead a claim for relief in her Second Cause of Action, described as "Pendent State Law Claims Against Magnini and Burgos" which is phrased in a manner as to suggest that it was intended to constitute a claim for intentional inflection of emotional distress, and assault. The Court finds that beyond stating the elements for the torts of intentional inflection of emotional

distress and assault, the conclusory allegation set forth in the second claim for relief of Plaintiff's Second Amended Complaint are insufficient to allege a plausible entitlement to relief.  Therefore, dismissal in accord with Rule 12 (b)(6) of the Federal Rules of Civil Procedure and Ashcroft v. Iqbal, U.S. 129 S.Ct. 1937 (2009) and Bell Atlantic Corporation v. Twombly, 550 U.S. 544 (2007), is warranted.

Additionally, although in her Opposition (Doc. #51) Plaintiff seeks leave to file a Third Amended Complaint, Plaintiff has failed to file a copy of the proposed "Third Amended Complaint" or to clearly state what additional facts Plaintiff would plead with regard to the Second Cause of Action should leave be granted.  The Court finds no good cause to permit further amendment to Plaintiff's Complaint as to Defendants Magnini and Burgos.

**IT IS THEREFORE ORDERED that** the Motions of Defendants Michael Magnini and William Burgos to Dismiss Plaintiff's Second Amended Complaint, or in the Alternative for a More Definite Statement (Doc.'s #43, #44) are **GRANTED**, and Plaintiff Helen Green's Complaint is hereby **DISMISSED** with prejudice as to Defendants Magnini and Burgos.

DATED:  September 14, 2010.

_____
PHILIP M. PRO
United States District Judge