# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HELEN GREEN, | 2:09-CV-02184-PMP-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| TEAMSTERS LOCAL 995, MIKE MAGNANI AND BILL BURGOS, | |
| Defendants. | |

The Court having read and considered Plaintiff Helen Green's fully briefed Motion to Reconsider (Doc. #57), filed on September 24, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Helen Green's Motion to Reconsider (Doc. #57) is **DENIED**.

DATED: November 17, 2010.

PHILIP M. PRO
United States District Judge