UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HELEN GREEN, | )<br>) |
| Plaintiff, | ) 2:09-cv-2184-PMP-RJJ<br>) |
| vs. | )<br>) |
| PROFESSIONAL, CLERICAL AND MISCELLANEOUS EMPLOYEES LOCAL UNION 995, *et al.*, | )<br>)<br>) **ORDER** |
| Defendant. | )<br>) |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on February 11, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  28th  day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge